**Donald MORTON, Appellant–Respondent,**

v.

**HUBBELL POWER SYSTEMS, Respondent,**

**Treasurer of the State of Missouri–Custodian of the Second Injury Fund, Respondent–Appellant.**

**Nos. WD 74006, WD 74007.**

Missouri Court of Appeals,
Western District.

Aug. 21, 2012.

Jerrold Kenter, Sedalia, MO, for appellant-respondent.

Richard Lee Montgomery, Jr., Columbia, MO, for respondent.

David Michael Zugelter, Jefferson City, MO, for respondent-appellant.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

#### ORDER

PER CURIAM:

Donald Morton appeals the decision of the Labor and Industrial Relations Commission holding that the Second Injury Fund is liable for the payment of benefits

for his permanent total disability. The State Treasurer, as Custodian of the Second Injury Fund, also appeals, contending the Commission erred in concluding that Mr. Morton was permanently and totally disabled due to a combination of the workplace occupational disease and a pre-existing disability. The judgment is affirmed. Rule 84.16(b).